# ELECTRONIC RECORD

COA # 12-14-00184-CR          OFFENSE: 22.02

STYLE: Demetrius Kellum v. The State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 114th District Court

DATE: 04/30/2015          Publish: NO   TC CASE #:     114-1918-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Demetrius Kellum v. The State of Texas          CCA #:     613-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 08/26/2015          SIGNED: _____          PC: _____
JUDGE: _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**